UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NEFTALI ENCARNACION-FALERO,

          Petitioner

          v.

UNITED STATES OF AMERICA,

          Respondent

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -\*

Civ. No. 98-1042(PG)
(Cr. No. 96-106(PG))

### OPINION AND ORDER

The matter before the Court is the unopposed magistrate judge's report and recommendation concerning petitioner Encarnación Falero's motion to vacate sentence under 28 U.S.C. § 2255.

The only ground raised by petitioner, to wit:  the ineffective assistance of counsel for having failed to request application of the "safety valve" provision, 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2, was duly analyzed by the magistrate judge.  She recommends the denial of petitioner's motion because Encarnación-Falero fails to qualify under the provisions of U.S.S.G. § 5C1.2, specifically the second criteria, that defendant did not possess a firearm in connection with the offense.  18 U.S.C. § 3553(f)(2).  The Court agrees with the magistrate judge's finding that the record clearly established that petitioner possessed a firearm in connection with the offense to which he pled guilty.  <u>United States v. Wilson</u>, 106 F.3d 1140 (3rd Cir. 1997); <u>United States v. Burke</u>, 91 F.3d 1052 (8th Cir. 1996).



Civ. No. 98-1042(PG)                                                    2.


Accordingly, the Court **APPROVES and ADOPTS** the unopposed magistrate judge's report and recommendation, and in accordance therein, petitioner's section 2255 motion is hereby **DENIED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September _8_ , 1999.


JUAN M. PEREZ-GIMENEZ
U. S. District Judge