UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NEFTALI ENCARNACION-FALERO,

    Petitioner

v.

UNITED STATES OF AMERICA,

    Respondent

Civ. No. 98-1042(PG)
(Cr. No. 96-106(PG))

## JUDGMENT

The Court having entered an order dismissing petitioner's 2255 motion, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, September 8, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)